# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-03130-01-CR-S-DW |
| | ) | |
| SAMUEL G. PEREZ, JR., | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

            /s/ *Dean Whipple*
            **DEAN WHIPPLE**
            **UNITED STATES DISTRICT JUDGE**

Date:   February 19, 2010